UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 73.15.202.125,

    Defendant.

Case Number: 3:19-cv-00230-TSH

Honorable Thomas S. Hixson

[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* application for an Order extending the time within which to effectuate service on John Doe Defendant and adjourning the Initial Case Management Conference currently scheduled for April 18, 2019, and the Court, finding good cause, does hereby order as follows:

ORDER:  Plaintiff's application is granted.  Plaintiff shall have until May 26, 2019 to effectuate service of a summons and Amended Complaint on Defendant. The Initial Case Management Conference scheduled for April 18, 2019 is CONTINUED to July 18, 2019. The parties' joint case management conference statement is due July 11, 2019.

**IT IS SO ORDERED.**

Dated: April 11, 2019.

By:_____
United States Magistrate Judge
Honorable Thomas S. Hixson

1

[Proposed] Order on Plaintiff's *Ex-Parte* Application for Extension to Effectuate Service and for Adjournment of the Initial Case Management Conference Case No. 3:19-cv-00230-TSH